UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.

RYAN S. MARSH,

    Defendant.

_____/

Case No. 1:22-cv-1010

HONORABLE PAUL L. MALONEY

## DEFAULT JUDGMENT

In accordance with the Order that issued on today's date (ECF No.27),

**IT IS HEREBY ORDERED** that default judgment enters against Defendant Ryan S. Marsh in the amount of $603,962.75.

Dated:  June 13, 2023

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge